Acometimiento y agresión grave.   Enero 26, 1920.   *Desistida la apelación.*

No. 1459.  EL PUEBLO, DEMANDANTE Y APELADO, *v.* OLMO, ACUSADO Y APELANTE.—Arecibo.   Acometimiento y agresión con agravantes.   Enero 26, 1920.   *Confirmada.*

No. 1455.  EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANTIAGO (*a*) PONCE, ACUSADO Y APELANTE.—Mayagüez.   Delito contra la paz pública.   Enero 20, 1920.   *Confirmada.*

No. 2172.  GONZÁLEZ ET AL., DEMANDANTES Y APELANTES, *v.* QUIÑONES ET AL., DEMANDADAS Y APELADAS.—Humacao.   Nulidad de contratos.   Enero 27, 1920.   *Desestimada.*

No. ——.  EL PUEBLO, DEMANDANTE APELADO, *v.* BARADO, ACUSADO APELANTE. — San Juan, Sección Segunda.   Infracción del artículo 260 del Código Penal.   Enero 29, 1920. *Desistida.*

No. 1463.  EL PUEBLO, DEMANDADO Y APELADO, *v.* PADILLA, ACUSADO Y APELANTE.—Mayagüez.   Delito contra la salud pública.   Enero 29, 1920.   *Confirmada.*

No. 274.  BARCELÓ, PETICIONARIO, *v.* HON. R. CUEVAS ZEQUEIRA, JUEZ DE DISTRITO, DEMANDADO.—Humacao.   Enero 30, 1920.   *Certiorari.*   *Sin lugar.*

No. 1461.  EL PUEBLO, DEMANDANTE-APELADO, *v.* SOSA, ACUSADO Y APELANTE.—Mayagüez.   Delito contra la salud pública. Febrero 3, 1920.   *Confirmada.*

Nos. 1464 y 1465.  EL PUEBLO, DEMANDADO Y APELADO, *v.* E. RODRÍGUEZ E HIJO, DEMANDADOS Y APELANTES.—Arecibo. Infracción de la ley de salario mínimo.   Febrero 3, 1920. *Confirmadas.*

No. 1471.  EL PUEBLO, DEMANDANTE Y APELANTE, *v.* RÍOS, DEMANDADO Y APELADO.—San Juan, Sección Segunda.   Infracción de la sección 4 de la Ley No. 69, 1917 (alcoholes). *Desistida.*

No. 273.  MARTÍNEZ, PETICIONARIO, *v.* HON. A. CROSAS, JUEZ DE DISTRITO.—Aguadilla.   *Certiorari.*   Febrero 6, 1920.   *Sin lugar.*

No. 2106.  LÓPEZ, APELANTE, *v.* LIZARDI, APELADO.—Aproba-